UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NATHAN L. SWANSON, JR., | |
| *Petitioner*, | Case No. 3:21-cv-383 |
| v. | Judge Atchley |
| BERT BOYD, | Magistrate Judge McCook |
| *Respondent*. | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Doc. 1] is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT